United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNETTA ELLISON, | No. C13-01149 CRB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| AUTOZONE INC, | |
| Defendant. | |

Plaintiff Lynetta Ellison is hereby ORDERED TO SHOW CAUSE by December 11, 2015, at 10:00 a.m., why her case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: November 16, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE