E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNETTA ELLISON, | No. C13-01149 CRB |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| AUTOZONE INC, | |
| Defendant. | |

On November 16, 2015, this Court ordered Plaintiff Lynetta Ellison to show cause by December 11, 2015, at 10:00 a.m., why her case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). See OSC (dkt. 69). Plaintiff did not respond to the Court's order, nor did she appear at the show cause hearing held on December 11, 2015. See Minutes (dkt. 70). Accordingly, Plaintiff's case is DISMISSED pursuant to Rule 41(b).

**IT IS SO ORDERED.**

Dated: December 11, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE